M. P. No. 1910. ELIZABETH B. GUIBERSON *et al. v.* ROMAN CATHOLIC BISHOP OF PROVIDENCE *et al.* Petition for writ of certiorari granted. *Ralph D. Morrison, Matthew J. Faerber, Corcoran, Peckham & Hayes, Edward B. Corcoran, Edwards & Angell, John H. Blish,* for petitioners. *Sheffield & Harvey, Richard B. Sheffield, Brian G. Bardorf, Moore, Virgadamo, Boyle & Lynch, Jeremiah C. Lynch, Jr., James S. O'Brien,* for respondents.

M. P. No. 1914. JOHN B. ALLIS *v.* PRISCILLA F. ALLIS. Petitions for writs of certiorari and mandamus denied. *Martin L. Greenwald,* for petitioner. *Robert B. Gates,* for respondent.

M. P. No. 1921. STATE *ex rel.* CITY OF CRANSTON *v.* JOSEPH WALSH. Petition for writ of certiorari is denied. *Joseph Walsh,* defendant-petitioner, pro se.

M. P. No. 1942. RUDOLPH G. SCIARRA *et al. v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to the petition for habeas corpus for the purpose of admitting petitioners to bail and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to comply with the provisions of Rule 14. Paolino, J. not participating. *Rogers and Sarault, Charles J. Rogers, Jr., Raymond J. Daniels, Anthony Del Guidice,* for petitioner.

APPEAL No. 1712. ARAM K. BERBERIAN *v.* JOHN J. O'NEIL. The matter having become moot, motion of appellant to assign for argument pursuant to order of May 18, 1972 is denied pro forma. *Aram K. Berberian,* appellant, pro se. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for appellee.

APPEAL No. 1878. LUTZ ENGINEERING CO., INC. *v.* STERLING ENGINEERING & CONSTRUCTION COMPANY, INC. Motion of plaintiff to dismiss appeal of defendant granted. *Girard R. Visconti,* for plaintiff. *Adler, Pollock & Sheehan, Peter Lawson Kennedy,* for defendant.